ELLEN F. ROSENBLUM
Attorney General
BRIAN SIMMONDS MARSHALL  #196129
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Brian.S.Marshall@doj.state.or.us

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JENNIFER RAE GUNTER, an Oregon Elector; and CHRISTINA LYNN MILCAREK, an Oregon Elector; And CHELSEA ANNE WEBER, an Oregon Elector,<br><br>        Plaintiffs,<br><br>    v.<br><br>SHEMIA FAGAN, in her individual capacity and as Secretary of State for the State of Oregon,<br><br>        Defendant. | Case No.   3:22-cv-01252-MO<br><br>MOTION FOR EXTENSION OF TIME |

      Under Local Rule 16-3, the Defendant moves the Court to extend the time to respond to Plaintiffs' First Amended Complaint to October 3, 2022.  Counsel for the Defendant conferred with the Plaintiffs on this motion by telephone today, and the Plaintiffs oppose this motion.

      The response to the First Amended Complaint, filed September 9, is currently due on September 23. *See* Fed. R. Civ. P. 15(a)(3).  Defendant requests an extension of six business

Page 1 -   MOTION FOR EXTENSION OF TIME
      BM2/bs4/541665578

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

days because her counsel is scheduled to be in trial September 20–21 in Washington County Circuit Court, Case No. 22CV07782, and will be preparing for that trial this week.

Defendant does not seek an extension of other deadlines at this time. No previous requests for extensions of time have been requested or granted.

DATED September  12 , 2022.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General


  *s/ Brian Simmonds Marshall*
BRIAN SIMMONDS MARSHALL #196129
Senior Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
Brian.S.Marshall@doj.state.or.us
Of Attorneys for Defendant

Page 2 -   MOTION FOR EXTENSION OF TIME
    BM2/bs4/541665578

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on September  12 , 2022, I served the foregoing MOTION FOR EXTENSION OF TIME upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Jennifer Rae Gunter<br>1601 G Street<br>The Dalles, OR 97058<br>  *Pro Se Plaintiff* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br> X  E-MAIL: jennof4@gmail.com<br> X  E-SERVE |
| Christina Lynn Milcarek<br>1496 Foxglove Street<br>Woodburn, OR 97071<br>  *Pro Se Plaintiff* | ___ HAND DELIVERY<br> X  MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br> X  E-MAIL: tina.milcarke@gmail.com<br>___ E-SERVE |
| Chelsea Anne Weber<br>19000 S Pear Road<br>Oregon City, OR 97045<br>  *Pro Se Plaintiff* | ___ HAND DELIVERY<br> X  MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br> X  E-MAIL: chels3721@yahoo.com<br>___ E-SERVE |

    *s/ Brian Simmonds Marshall*
BRIAN SIMMONDS MARSHALL #196129
Senior Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
Brian.S.Marshall@doj.state.or.us
Of Attorneys for Defendant

Page 1 -   CERTIFICATE OF SERVICE
          BM2/bs4/

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000